## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| REBECCA WASSERMAN | § | |
| | § | |
| v. | § | CASE NO. 6:19cv100-RWS-JDL |
| | § | |
| TRI-W GLOBAL, INC. AND | § | |
| LONGVIEW STAFFING | § | |
| PROFESSIONALS LLC, d/b/a STONE | § | |
| BRIDGE PERSONNEL SERVICES | § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-styled action is **DISMISSED WITH PREJUDICE** pursuant

to the Plaintiff's Stipulation of Dismissal (Docket No. 25).

All motions by either party not previously ruled on are hereby **DENIED AS MOOT.**

The Clerk of the Court is directed to close this case.

It is so **ORDERED.**

**SIGNED this 27th day of September, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE